151 A.3d 97

GATEWAY CARE CENTER AND THE PALACE REHABILITATION AND CARE CENTER, PLAINTIFFS-RESPONDENTS, v. JOHN SUNG, DEFENDANT-RESPONDENT, AND MISOOK LEE, DEFENDANT, AND DREW A. BARILE, DAVID CHANDO, CHURCH HEALTHCARE, LLC D/B/A INNOVA HEALTH AND REHAB AT MOUNT LAUREL, KOHL 303, LLC D/B/A KOHL PARTNERS, AND ITS AFFILIATE KOHL ASSET MANAGEMENT, DEFENDANTS-PETITIONERS.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001340-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.